

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00313-CR

| | | |
|---|---|---|
| Raphael John Donato | § | From the 396th District Court |
| | § | of Tarrant County (1190374D) |
| v. | § | April 30, 2014 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Anne Gardner
        Justice Anne Gardner